**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
Civil Action No. 5:21-cv-00133-KDB-DCK

SUNENERGY1, LLC,

                          Plaintiff,

v.

ASHLEY MORGAN,

                          Defendant.

## JOINT MOTION FOR ENTRY OF CONSENT ORDER AND JOINT STIPULATION OF DISMISSAL

Plaintiff SunEnergy1, LLC ("Plaintiff" or "SE1") and Defendant Ashley Morgan ("Defendant" or "Morgan") (collectively, the "Parties") submit this Motion for Entry of Consent Order and Joint Stipulation of Dismissal.  The proposed Consent Order and Joint Stipulation of Dismissal is attached to this Motion as Exhibit A. The Consent Order is necessary to protect the Plaintiff's interests in trade secrets and confidential and proprietary materials and information and to further the final resolution of this matter.  The incorporated Joint Stipulation of Dismissal provides for the dismissal of the case, in its entirety, with prejudice, pursuant to Rule 41. Defendant consents to the Consent Order and Joint Stipulation of Dismissal.

Wherefore, the Parties request that their Motion for Entry of Consent Order and Joint Stipulation of Dismissal is granted and that the Court enter the proposed Consent Order and Joint Stipulation of Dismissal attached hereto as Exhibit A.

Respectfully submitted this 30th day of September, 2021.

/s/Robert L. Lindholm
Robert L. Lindholm
NC Bar No. 52800
David N. Allen
NC Bar No. 9095
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202
P: (704) 417-3000
F: (704) 377-4814
Email: robert.lindholm@nelsonmullins.com
Email: david.allen@nelsonmullins.com

Marc E. Gustafson
N.C. Bar No. 34429
Bell Davis & Pitt, P.A.
227 West Trade Street, Suite 1800
Charlotte, North Carolina 28202-1697
T: (704) 227-0400
Email: mgustafson@belldavispitt.com

*Attorneys for Plaintiff*

/s/William R. Terpening
William R. Terpening
N.C. Bar No. 36418
Terpening Law PLLC
221 West 11th Street
Charlotte, North Carolina 28202
P: (980) 265-1700
F: (980) 265-1729
terpening@terpeninglaw.com

*Attorney for Defendant*

2