UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SUNENERGY1, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ASHLEY MORGAN,<br><br>        Defendant. | Civil Action No. 5:21-cv-00133-KDB-DCK |

**CONSENT ORDER AND JOINT STIPULATION OF DISMISSAL**

SunEnergy1, LLC ("SE1") and Ashley Morgan ("Morgan"), by and through their respective undersigned counsel, having stipulated and agreed to entry of this Consent Order and Joint Stipulation of Dismissal (the "Order")

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. Morgan will not use and has returned to SE1 or surrendered to the parties' agreed-upon forensic examiner, all SE1 electronic files and information, including but not limited to, any SE1 confidential and/or proprietary information and trade secrets or other information prepared or obtained by Morgan during the course of her employment with SE1 ("SE1 Information"). Morgan assumes responsibility for ensuring that any third party who has received or used any SE1 Information, as a result of her actions, returns such information to SE1 and does not retain copies of any kind. Morgan does not assume such responsibility for information furnished to third parties by Morgan during her employment

with SE1 which were performed solely in the scope of her duties and responsibilities for SE1. Upon a finding by the Court that SE1 Information was retained or used by Morgan or a third party, in violation of this Order, after the date of Defendant's counsel's execution of this Order, in addition to injunctive relief and any additional demonstrable damages, SE1 shall be entitled to liquidated damages from Morgan in the amount of $100,000.00 per violation.

2. Defendant Morgan specifically acknowledges and agrees to the provisions of this Consent Order and authorizes her attorney to enter into this Consent Order on her behalf.

3. This Court shall retain jurisdiction to enforce any of the terms of this Consent Order.

4. In the event a motion for contempt is filed by SE1, the prevailing party shall be awarded its costs of litigation, including reasonable attorneys' fees, from the non-prevailing party.

5. This Consent Order constitutes a full and final resolution and adjudication as to all of the claims in the Complaint filed on or about September 13, 2021 in this action (Dkt. No. 1).

6. Plaintiff SunEnergy1, LLC's Complaint is hereby dismissed, with prejudice, and each party to bear its own costs and fees.

**SO ORDERED.**

Signed: October 1, 2021

*/s/ Kenneth D. Bell*

Kenneth D. Bell
United States District Judge